IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEEPTI OKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:10-cv-00351-CFD |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | JUNE   , 2010 |

Defendant NCO Financial Systems, Inc., and Plaintiff Deepti Oka, by and through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this Court for an order of dismissal with prejudice.

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Respectfully Submitted,

_____
Theresa Rose DeGray, Esq.
Consumer Legal 29 Soundview
Road, Ste 11B
Guilford, CT 06437
Telephone: (203) 458-8200
Facsimile: (203) 738-1062
Email:
trd@consumerlegalservicesllc.com
Attorneys for Plaintiff, Deepti Oka

_____
Walter A. Shalvoy Jr., Esq.
Maher and Murtha, LLC
528 Clinton Avenue
Bridgeport, CT 06605
Telephone: (203) 367-2700
Facsimile: (203) 335-0589
Email:
wshalvoy@maherandmurtha.com
Attorneys for Defendant, NCO
Financial Systems, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEEPTI OKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:10-cv-00351-CFD |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | JUNE     , 2010 |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1